**2025 EMERY HIGHWAY, L.L.C., d.b.a Club Exotica, Plaintiff–Appellant,**

v.

**BIBB COUNTY, GA, John Doe, in his official capacity with the Bibb County Sheriff's office, Jerry M. Modena, Sr., Sheriff, in his official capacity as the Sheriff of Bibb County, Defendants– Appellees.**

No. 06–12268

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 22, 2007.

Cary Stephen Wiggins, Cook, Youngelson & Wiggins, Atlanta, GA, for Plaintiff– Appellant.

O. Hale Almand, Jr., Macon, GA, for Defendants–Appellees.

Before TJOFLAT, HULL and COX, Circuit Judges.

PER CURIAM:

The Plaintiff 2025 Emery Highway, LLC d/b/a Club Exotica ("The Club") contends on this appeal that the district court erred by: (1) denying The Club declaratory and injunctive relief that would permit it to offer nude dance entertainment; (2) concluding that actions at The Club on August 16, 2003 did not amount to a prior restraint of Plaintiff's First Amendment

---

rights; and (3) concluding that the Bibb County Sheriff's Office acted as an "arm of the state" and as such is entitled to Eleventh Amendment immunity from this damage claim.

Having reviewed the briefs and relevant parts of the record, we discern no reversible error.

AFFIRMED.